UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CADEEM CLARKE,

                Defendant.

24-MJ-775 (UA)

PART I – before Hon. Sidney H. Stein

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on Friday, March 22 at 10:15 AM in Courtroom 23A regarding the appeal of defendant's bail disposition.

Dated: New York, New York
       March 20, 2024

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.