UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CADEEM CLARKE,

                Defendant.

24-MJ-775 (UA)

PART I – before Hon. Sidney H. Stein

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    Having held a hearing with counsel for all parties present, the Court HEREBY AFFIRMS the bail disposition of Magistrate Judge Sarah L. Cave, entered on February 23, 2024.

Dated: New York, New York
       March 21, 2024

                          SO ORDERED:

                          _____
                          Sidney H. Stein, U.S.D.J.