

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

April 3, 2024

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Cadeem Clarke*, 24 CR 171 (ER)

Dear Judge Ramos,

On behalf of the parties, the Government writes to confirm the scheduling of the initial appearance and arraignment in the above-captioned case for April 16, 2024 at 10:30 AM, a date and time that the parties understand is convenient for the Court. With the consent of the defendant, the Government further requests respectfully that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from April 3, 2024 through the date of the initial appearance and arraignment on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in beginning to receive and review discovery and to consider the availability of any pretrial motions and the possibility of any pretrial motions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Donna Newman (Counsel to Defendant Cadeem Clarke) (by ECF)

---

An initial conference is set for April 16, 2024, at 10:30 a.m. Speedy trial time is excluded from April 3, 2024, until April 16, 2024, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 4/4/2024
New York, New York