

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

December 4, 2024

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

**Re:   *United States v. Cadeem Clarke*, 24 CR 171 (ER)**

Dear Judge Ramos,

On behalf of the parties, the Government writes to confirm that the Court has granted the defendant's requested adjournment of the conference scheduled for December 5, 2024 at 4:00 PM to December 9, 2024 at 3:00 PM. With the consent of the defendant, the Government further requests respectfully that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from December 5, 2024 through the date of any adjournment on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in continuing to review discovery and to consider the availability of any pretrial motions in advance of the conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Sabrina Shroff (Counsel to Defendant Cadeem Clarke) (by ECF)

---

The status conference scheduled for December 5, 2024, is adjourned to December 9, 2024, at 3:00 p.m. Speedy trial time is excluded from December 5, 2024, until December 9, 2024, in the interest of justice.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 12/5/2024
New York, New York